**LAW OFFICES OF JOSEPH A. DiCROCE, LLC**
Valley Park Professional Center
2517 Highway 35, Building N - Suite 201
Manasquan, NJ 08736
(732) 223-3443
Attorneys for Plaintiffs, James Maillaro and Joanne Maillaro, his wife
Joseph A. DiCroce (JD9634)



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES MAILLARO and JOANNE MAILLARO, his wife<br><br>Plaintiffs,<br><br>vs.<br><br>NEW YORK PRESBYTERIAN HOSPITAL; MICHAEL KAISER, M.D., et als.,<br><br>Defendants. | Civil Action No.<br><br>3:10-CV-03474-FLW-DEA<br><br>FREDA WOLFSON, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled against having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against all parties, with prejudice, except as to the plaintiffs' right to appeal the ruling of the opinion of Douglas E. Arpert, U.S.M.J. to the extent permitted by law.

LAW OFFICES OF JOSEPH A. DiCROCE, LLC
Attorneys for Plaintiffs

By: _____
JOSEPH A. DiCROCE

DATED: 4/11/12

McELROY, DEUTSCH,
MULVANEY & CARPENTER
Attorneys for Defendants

By: _____
JENNIFER M. SCHNEIDER

IT IS SO ORDERED:

_____  4/10/12
FREDA L. WOLFSON, U.S.D.J.